UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AZIZI KHALIFA ABDALLAH,**

   Plaintiff,

v.   No. 4:23-CV-0036-P

**STOKES TRUCKING, LLC,**

   Defendant.

### FINAL JUDGMENT

This judgment is issued pursuant to FED. R. CIV. P. 58(a). This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED** that this suit is **DISMISSED with prejudice**.

**SO ORDERED** on this **23rd day of May 2023.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE